**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| To: | All Counsel of Record |
| Issued By: | Judge Robert R. Summerhays |
| Re: | Christopher W. Harris v. Fisher-Price, Inc., et al. 19-cv-1034 |
| Date: | April 4, 2022 |

**MINUTE ENTRY**

The Court was contacted on Friday, April 1, 2022, by counsel for defendants Francis X. Neuner, Jr. (with the consent of counsel for plaintiffs, Kenneth W. DeJean), who requested a thirty-day extension for submission of expert reports for all parties due to protracted discovery issues. The request was granted.

The deadline for disclosure of Plaintiffs' expert reports is RESET for May 9, 2022; the deadline for disclosure of Defendants' expert reports is RESET for June 8, 2022.[1]

---

[1] *See* ECF No. 33 at 2, nos. 6-7.